UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI THI VU,<br><br>   Plaintiff,<br><br>   v.<br><br>JACQUES MONIQUE,<br><br>   Defendant. | Case No. 1:14-cv-0249-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ECF No. 12** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971).[1] (ECF No. 1, 13.)

On June 24, 2014, Plaintiff's complaint was dismissed for failure to state a claim, but she was given leave to file a first amended complaint within thirty days. (ECF No. 11.) The thirty day deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so. On August 5, 2014, the Court ordered Plaintiff to show cause why her action should not be dismissed for failure to comply with a court order. (ECF No. 12.) Plaintiff filed her first amended complaint on August 7, 2014, and a

---

[1] Plaintiff's complaint states that it is brought pursuant to 28 U.S.C. § 1983. (ECF No. 13.) Although Plaintiff is a state prisoner, she alleges claims against a federal immigration official. As Plaintiff previously was advised, claims against an individual acting under color of federal law are cognizable, if at all, under <u>Bivens</u>, rather than 28 U.S.C. § 1983. The Court will construe Plaintiff's complaint liberally as being brought pursuant to <u>Bivens</u>.

1

response to the order to show cause on August 19, 2014. (ECF Nos. 13 & 14.)

Plaintiff having complied, the order to show cause (ECF No. 12), filed August 5, 2014, is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   September 29, 2014            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE